UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YOUR NAME Pamela J Ott )
      Plaintiff, )
  vs Commonwealth Penna )
   military Affaires )
DEFENDANT(S) NAME(S) )
  Hollidaysburg Veteran Home )
      Defendant )
Dr. Kornel Lukacs

(CASE NUMBER WILL BE ASSIGNED AT TIME OF FILING)

COMPLAINT

Plaintiff Alleges:

I. JURISDICTION:
(Federal Courts do not have the power to hear all types of cases. The Plaintiff must allege facts which places the case in one of the categories of Federal Jurisdiction. Complete those sections which are applicabe to your case.)

THIS COURT HAS JURISDICTION OF THIS MATTER UNDER:

 A. CIVIL RIGHTS
  (State whether your claim is a violation of the Federal Civil Rights Statutes and state very briefly what Constitutional Rights were violated.)

 B. FEDERAL QUESTION, 28 U.S.C. Section 1331
  (Identify the Federal Law which you allege was violated, for example, a Federal Statute or a Section of the Constitution.)

 C. DIVERSITY OF CITIZENSHIP, 28 U.S.C. 1332
  1) (Identify the State of which each party is a citizen)
  2) (Without giving a dollar figure state whether the damages that you claim are in excess of $50,000.00 without including interest and costs.)

 D. OTHER:

II. STATEMENT OF CLAIM
 (State here as briefly as possible the FACTS of your case. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph)

 A. Date of Event:

 B. Place of Event:

5-12-17

Dear Jude Gibson

I feel I am being taken advanage of since I don't have a attorney to get this all steighten out I have several workmens comp injuries and Now they are Not Paying for my work Related injury that was court order and Now I don't have a workmens comp doctor. I worked for Commonwealth of Penna.

Millitary affairs                              Dr. Kornel Lukas
Hollidaysburg Veterans Home   312 UNION ave
P.O. Box 319                                    Altoona, Pa.
Hollidaysburg, Pa 16648         814 944 3347
814 696-5201

~~This is discrimination and also this ~~

Thank You
Pamela ~~~~

I need a attorney this is agnist my civil Rights Not having one